IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMAND I. BAKER,

    Plaintiff,

v.

DEPUTY DOHERTY and
SHERIFF DAVID MAHONEY,

    Defendants.

ORDER

Case No. 18-cv-316-wmc

Plaintiff Armand I. Baker has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than May 22, 2018. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Armand I. Baker may have until May 22, 2018 to submit a trust fund account statement for the period beginning approximately November 1, 2017 and ending approximately May 1, 2018. If, by May 22, 2018, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

    Entered this 1st day of May, 2018
              BY THE COURT:

              /s/
              PETER OPPENEER
              Magistrate Judge