IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMAND I. BAKER,

    Plaintiff,

v.

DEPUTY DOHERTY,

    Defendants.

ORDER

Case No. 18-cv-316-wmc

*Pro se* plaintiff Armand I. Baker is proceeding in this action under 42 U.S.C. § 1983, claiming that Deputy Sarah Doherty prevented him from praying in accordance with his Muslim beliefs and discriminated against him because he is Muslim in violation of the First and Fourteenth Amendments. On May 4 2020, defendants filed a motion for summary judgment. (Dkt. #44.) The court set June 4, 2020, as plaintiff's opposition deadline. That deadline has passed, and Baker has not responded to defendants' motion or contacted the court seeking an extension of that deadline. His failure to respond to defendants' motion, or to take any other action indicating that he is preparing an opposition, suggests that he has abandoned this lawsuit. Accordingly, the court will give Baker one more chance to respond to defendants' motion: he now has until **July 7, 2020,** to file an opposition to defendants' motion for summary judgment. His failure to meet this deadline will cause the court to dismiss this case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

IT IS ORDERED that plaintiff Armand Baker may have until **July 7, 2020**, to file a response to defendants' motion for summary judgment.  **If Baker does not respond by that date, the court will dismiss his claims with prejudice.**

Dated this 16th day of June, 2020.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge

2